FILED
 2009 Sep-29 PM 01:41
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **PAUL WINGATE,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case No. CV 07-S-1062-S |
| **SEARS.ROEBUCK AND COMPANY,** | ) |
| **Defendant.** | ) |

## ORDER

This case is before the court on the motion for summary judgment filed by defendant, Sears, Roebuck and Company (doc. no. 14). The magistrate judge filed a report and recommendation on September 2, 2009 (doc. no. 24), recommending that the motion be granted. The plaintiff filed objections to the report and recommendation on September 17, 2009 (doc. no. 26).

Upon consideration of the materials in the court file, including the magistrate judge's report and recommendation and the objections thereto, the court finds that the report is due to be, and it hereby is, ADOPTED, and the recommendation ACCEPTED. Consequently, plaintiff's objections to the report and recommendation are OVERRULED, and defendant's motion for summary judgment is GRANTED. All claims of plaintiff are dismissed with prejudice. Costs are taxed to plaintiff. The

clerk is directed to close this file.

DONE and ORDERED this 29th day of September, 2009.

_____
United States District Judge